

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Pamela Holbrook Booker,

Vs. No. 11-23-00099-CV

Permian Agency, Inc.;
John R. McKenzie;
and Xiaorong Zheng,

\* From the 70th District Court
of Ector County,
Trial Court No. A-21-10-1200-CV.

\* October 12, 2023

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, Appellees' motion to dismiss this appeal is granted, and the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Pamela Holbrook Booker.